UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:11-cr-324-T-33TGW

EDUARDO BLANCHET
_____/

**ORDER**

Defendant Eduardo Blanchet's Unopposed Motion to Terminate Probation (Doc. # 272) is granted. Supervised release is terminated effective as of April 26, 2016. (Doc. # 273).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 29th day of April, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

1